998 A.2d 573

**William WINSTON, Petitioner**

v.

**COURT OF COMMON PLEAS, Philadelphia County, Respondent.**

**No. 36 EM 2010.**

Supreme Court of Pennsylvania.

July 12, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of July, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

998 A.2d 573

**Frank DUBIN (Assignee) as Third Party Debts Collector for LaSalle Bank and Association, Respondent**

v.

**Seifuddin MUMIN, Petitioner.**

**Nos. 29 & 30 EM 2010.**

Supreme Court of Pennsylvania.

July 12, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of July, 2010, the Petition for Allowance of Appeal, treated as a Petition for Review, and the Emergency Petition for Stay and Supersedeas are **DENIED.**